**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JALEN BRADLEY, et al,**

      **Plaintiffs,**

  **vs.**                                                 **Civil Action 2:24-cv-3118
Judge Michael H. Watson
Magistrate Judge Jolson**

**THE CITY OF COLUMBUS, et al,**

      **Defendants.**

**NOTICE**

**PROCEEDING:**     **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**               **VIA TELECONFERENCE**
                             Jos. P. Kinneary U.S. Courthouse
                             85 Marconi Blvd., R-200
                             Columbus, OH 43215

**DATE/TIME:**        **July 10, 2024 @ 10:30 a.m.**

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on Forms and then select Rule 26(f) Report of the Parties (Eastern Division Only).

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

    4. Questions or concerns should be directed to chambers at 614-719-3470.

June 6, 2024                                                           *s/Jessica Rector*
                                                              Jessica Rector, Courtroom Deputy to
                                                               Magistrate Judge Kimberly A. Jolson