UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JALEN BRADLEY, *et al.*, | : | |
|     **Plaintiffs,** | : | Case No. 2:24-cv-03118 |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | |
| CITY OF COLUMBUS, et al. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
|     **Defendants.** | : | |

**ORDER**

Previously, the parties requested a conference with the Court to discuss various discovery issues. (Docs. 24, 25, 26). The Court scheduled a telephone conference for September 5, 2024, but ordered the parties to meaningfully confer on their disagreements in the meantime. (Doc. 27). The parties have now done so and report that they have resolved their issues. (Doc. 30).

In accordance with the agreements set forth in their joint status report (*id.*), the Court **SETS** the following discovery deadlines: (1) To the extent they remain parties, Plaintiffs will provide responses to discovery requests on behalf of Defendants Phillips and Earle, along with the production of any documents responsive to those requests, **on or before September 12, 2024**; (2) Plaintiffs will provide initial disclosures **on or before September 12, 2024**; and (3) Plaintiffs will respond to discovery requests by Defendants Carl Harmon, Jacob Velas, and Ian Mansperger, along with the corresponding production of documents, **on or before September 30, 2024**.

Because this matter has been resolved, the Court **CANCELS** the telephone conference on September 5, 2024.

    IT IS SO ORDERED.

Date: September 4, 2024            /s/ Kimberly A. Jolson
                                                       KIMBERLY A. JOLSON
                                                       UNITED STATES MAGISTRATE JUDGE