IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JALEN BRADLEY,** *et al.*,

    Plaintiffs,                                   Case No. 2:24 cv 03118

v.                                               Judge Michael H. Watson

**CITY OF COLUMBUS,** *et al.*,           Magistrate Judge Kimberly A. Jolson

    Defendants.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Now comes the Plaintiff's by and through undersigned Counsel and respectfully gives the Court and parties notice that pursuant to Federal Rule of Civil Procedure 41(A), the Plaintiffs' hereby dismiss without prejudice Defendant Police Officer William Phillips and Defendant Police Officer Austin Earle.

                                                  Respectfully Submitted,

                                                  /s./ W. Jeffrey Moore.
                                                W. Jeffrey Moore, Esq.  (0023429)
                                                Moore & Yaklevich, LLC
                                                33 S. Grant Avenue
                                                Columbus, Ohio 43215
                                                Phone:  (614) 222-0509
                                                Facsimile: (614) 241-5909
                                                jeffmooreatty@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 10th, 2024, I served the foregoing document on counsel for Defendants via electronic mail at the following addresses:

    David J. Dirisamer (0092125)
    CITY OF COLUMBUS, DEPARTMENT OF LAW
    ZACH KLEIN, CITY ATTORNEY
    77 North Front Street
    Columbus, Ohio 43215
    (614) 645-7385
    (614) 645-6949 (fax)
    djdirisamer@columbus.gov

                                    */s/ W. Jeffrey Moore*
                                    W. Jeffrey Moore (0023429)