IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JALEN BRADLEY,** *et al.*, | : | |
| *Plaintiffs*, | : | **Case No.** 2:24-cv-03118 |
| v. | : | **Judge** Michael H. Watson |
| **CITY OF COLUMBUS, OHIO,** *et al.*, | : | **Magistrate Judge** Kimberly A. Jolson |
| *Defendants*. | : | |

### PLAINTIFFS' MOTION TO DISMISS DEFENDANTS CITY OF COLUMBUS DIVISION OF POLICE, IAN MANSPERGER, AND JACOB VELAS WITHOUT PREJUDICE

Now come Plaintiffs, by and through counsel, and motion to dismiss Defendants City of Columbus Division of Police, Ian Mansperger, and Jacob Velas as parties to this action pursuant to Fed. R. Civ. P. 21. Plaintiffs request that the Court dismiss these Defendants without prejudice. A proposed order is attached.

Respectfully Submitted,

/s/ *W. Jeffrey Moore*
W. Jeffrey Moore (0023429)
**MOORE & YAKLEVICH**
33 South Grant Ave
Columbus, Ohio 43215
Phone: (614) 222-0509
Fax:    (614) 241-5909
Email: jeffmooreatty@gmail.com

/s/ *Adam Lubow*
Adam Lubow (97517)
**LAW OFFICE OF ADAM LUBOW**
1360 E. 9th St. Rm. 808
Cleveland, Ohio 44114
Phone: (216) 250-1321
Email: adamlubow@gmail.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was originally filed with the Court on October 3, 2025, using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the Court's filing system.

/s/ *W. Jeffrey Moore*
W. Jeffrey Moore (0023429)
*Counsel for Plaintiffs*